# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHANN HARDY | |
| | CIVIL ACTION |
| VERSUS | |
| | 23-214-SDD-RLB |
| MOHAMMED RAEES NASIBULLAH, ET AL. | |

## ORDER

**CONSIDERING** the *Minute Entry/Order*[1] filed in the above captioned matter;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendants, are hereby DISMISSED without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

Signed in Baton Rouge, Louisiana on November 3, 2023.

*[signature]*

**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 19.

Jury